OFFICE OF DISCIPLINARY COUNSEL *v.* PAPALARDO.

[Cite as *Disciplinary Counsel v. Papalardo* (1994), 71 Ohio St.3d 377.]

(No. 94–2302—Submitted December 7, 1994—Decided December 27, 1994.)

378

" * * *

380

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* We concur with the findings and recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.